UNITED STATES v. SILBERSTEIN.

(Circuit Court, S. D. New York.  January 16, 1900.)

No. 2,903.

CUSTOMS DUTIES—POCKETKNIVES.
  Pocketknives, with all but the scales for the sides of the handles, are dutiable under Act 1897, par. 153, as pocketknives, or parts thereof, partly or wholly manufactured.

Comstock & Brown, for importer.
H. P. Disbecker, Asst. U. S. Atty.

WHEELER, District Judge.  These are pocketknives, all but the scales for the sides of the handles.  They are nothing but pocketknives now, and will be pocketknives when completed.  They therefore appear to be specifically provided for as pocketknives, or parts thereof, partly or wholly manufactured, as they have been assessed under paragraph 153 of the act of 1897, and not to be dutiable otherwise.  Decision affirmed.

---

ALTMAN CO. v. UNITED STATES.

(Circuit Court, S. D. New York.  January 18, 1900.)

No. 2,913.

CUSTOMS DUTIES—CORSETS.
  Corsets of which cotton is the component material of chief value, trimmed at the top with lace, are not articles made in any part of lace, though they are so trimmed, and are dutiable under Act 1897, par. 314, as wearing apparel of "every description of which cotton is the component material of chief value."

Appeal by the Altman Company from decisions of the general appraisers which confirm the action of the collector in assessing duty on importations in question.

Curie & Smith, for importers.
D. Frank Lloyd, Asst. U. S. Atty.

WHEELER, District Judge.  These are corsets, of which cotton is the component material of chief value, trimmed at the top with lace.  Paragraph 339 of the act of 1897 provides for a duty on "handkerchiefs, napkins, wearing apparel, and other articles made wholly or in part of lace."  They have been assessed as articles made in part of lace, against a claim that they are within "wearing apparel of every description of which cotton is the component material of chief value," provided for in paragraph 314.  The lace is not brought into their structure, and they do not appear to be articles made in any part of lace, although they are to some extent trimmed with lace.  Decision reversed.